Civil Action No. 1:23-CV-00615-UNA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kristina Abramowicz

was received by me on *(date)* 06/07/2023 .

☐ I personally served the summons on the individual at *(place)*
on *(date)* ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* Collin Abramowicz (Husband) , a person of suitable age and discretion who resides there,
on *(date)* 06/08/2023 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*
on *(date)* ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/08/2023

*Server's signature*

Adam Golden
*Printed name and title*

DM Professional Services
501 Silverside Rd, Ste 72
Wilmington DE 19809

*Server's address*

Additional information regarding attempted service, etc:
served at 8 Greer Dr, Newark DE 19702 @ 3:39pm