# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| **BATTAGLIA MANAGEMENT, INC.,** | :<br>:<br>:<br>: |
| *Plaintiff*, | :<br>: |
| v. | :    Civ. Act. No. 1:23-cv-615-GBW |
| **KRISTINA ABRAMOWICZ,** *et al.* | :<br>:<br>: |
| *Defendants.* | :<br>:<br>: |

## DECLARATION OF KRISTINA ABRAMOWICZ IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

1.  My name is Kristin Abramowicz. I am over 18 years of age and otherwise competent to make this declaration in support of Defendants' Response to Plaintiff's Motion for Preliminary Injunction herein. This declaration is based upon my personal knowledge and I would be able to testify as to each matter discussed herein if called as a witness with respect to Plaintiff's Motion.

2.  I was employed by Plaintiff Battaglia Management, Inc. ("Battaglia") from January 2020 through May 2023 as a payroll and human resources manager, with responsibility for payroll management and human resources issues in Delaware. I did not have any responsibility for, or involvement with, job pricing, sales, estimation, or any other proprietary business functions. Contrary to the allegations in paragraph 17, I did not have "full access" to all of Battaglia's "confidential and proprietary information." My access to hourly rates was utilized solely for carrying out my payroll duties.

1

3. As set forth in paragraph 33 of the Complaint, I forwarded four documents to my personal E-mail account on May 15, 2023: (a) a spreadsheet setting out prevailing wage rates established by International Brotherhood of Electrical Workers (IBEW) Local 313; (b) a "Remote Work Look Ahead Schedule"; (c) a template for employee performance improvement plans; and (d) a template for written notice of disciplinary action (collectively, the "Forwarded Documents").

4. I forwarded the Forwarded Documents to my home E-mail account because, as the Complaint acknowledges at paragraph 32, on that date, I returned to limited work from home following a difficult pregnancy, culminated by an emergency Caesarean section and surgery to repair a torn uterus, and having these templates available in my personal E-mail account gave me readier access to them for the work I was doing for Battaglia. This was the sole reason I sent the Forwarded Documents to my home-based E-mail account.

5. I have never disseminated the Forwarded Documents to any other person or entity, and never utilized them for any purpose other than performing my work for Battaglia.

6. My new employer, Hatzel & Buehler, Inc. ("H&B"), has never requested or received in any way, at any time, any of the information contained in the Forwarded Documents. H&B was unaware that I had forwarded these documents to myself until this lawsuit was filed. I have never discussed the substance of the Forwarded Documents with anyone at H&B, at any time.

7. As the Complaint relates in paragraph 37, the Chief Executive Officer of the Battaglia Companies, Christine Meyer, telephoned me on May 30, 2023, to inquire about

the Forwarded Documents. During that conversation, I freely acknowledged that I had sent the Forwarded Documents to my personal E-mail account, and explained that I did so to assist me in completing the work I was performing from home for Battaglia and for no other purpose. When Ms. Meyer requested that I delete the Forwarded Documents, I immediately did so on that date (May 30, 2023). I made no copies of the Forwarded Documents, have not disseminated them at any time to any person or entity, and have had no copies in my possession, control or custody since deleting them on May 20, 2023.

8. The contents of the Forwarded Documents are not confidential or proprietary. In particular:

a. The spreadsheet contains prevailing wage rates for union labor as reported by IBEW Local 313, which serves Delaware. These rates are well-known in the construction and electrical contracting business. Some of the rates – in particular, those for journeymen and apprentices – are published online, and others are well known to anyone involved in construction.

b. The remote work schedule document is a document I prepared and utilized for Battaglia – and only for Battaglia – as part of my human resources role there.

c. The performance improvement plan document is a template I used for documenting the terms of improvement plans for employees who need to correct performance shortcomings. This is a standard tool utilized by human resources

3

departments as a "best practice" for documenting performance issues and the response to such issues; a short Google search produces hundreds of examples.[1]

        d.       The notice of disciplinary action template is similarly a type of form routinely used by human resources professionals to document disciplinary actions; like the performance improvement plan described above, there are hundreds of examples of similar forms readily available online.[2]

9.       As the preceding paragraphs make clear, I had the Forwarded Documents in my possession for only 15 days; did not disseminate or discuss them with any person or entity; made no copies; and promptly deleted them when asked to do so. The Forwarded Documents were in my possession for the sole purpose of performing my work for

---

[1] *See, e.g.,*
*https://www.google.com/search?q=sample+performance+improvement+plan+template&rlz=1C1GCEA_enUS996US996&oq=sample+performance+improvement+plan&gs_lcrp=EgZjaHJvbWUqBwgBEAAYgAQyBggAEEUYOTIHCAEQABiABDIHCAIQABiABDIHCAMQABiABDIHCAQQABiABDIHCAUQABiABDIHCAYQABiABDIHCAcQABiABDIHCAgQABiABDIHCAkQABiABNIBDzQ5ODE3NjEwOTZqMGoxNagCALACAA&sourceid=chrome&ie=UTF-8#imgrc=Gl9fIdK45TRz8M*
(last accessed June 23, 2023) (search results for "performance improvement plan template").

[2] *See, e.g.,*
https://www.google.com/search?q=sample+notice+of+disciplinary+action+template&rlz=1C1GCEA_enUS996US996&sxsrf=APwXEdfqOWiL8F4ESj36JwoOFd5CDv_WBA%3A1687514801854&ei=sW6VZMbVM8eh5NoPuNaJcA&ved=0ahUKEwiG8sTCktn_AhXEFkFHThrAg4Q4dUDCBA&uact=5&oq=sample+notice+of+disciplinary+action+template&gs_lp=Egxnd3Mtd2l6LXNlcnAiLXNhbXBsZSBub3RpY2Ugb2YgZGlzY2lwbGluYXJ5IGFjdGlvbiB0ZW1wbGF0ZTIFECEYoAEyBRAhGKABMgUQIRigATIFECEYqwIyCBAhGBYYHhgdMggQIRgWGB4YHUifUVCeBFj7MHABeAGQAQCYAWSgAc0RqgEEMzAuMbgBA8gBAPgBAcICChAAGEcY1gQYsAPCAgcQABgNGIAEwgIGEAAYBxgewgIIEAAYBxgHGB7CAgQQQABgewgIGEAAYBxgeGA_CAggQABiKBRiGA8ICChAhGAoYGxgeGA_CAgYQABgNGB4YDcICChAhGKABGMMEArCAgQIRigARjDBMICBBAhGAriAwQYACBBiAYBkAYI&sclient=gws-wiz-serp (last accessed June 23, 2023) (search results for "notice of disciplinary action template").

4

Battaglia, and personal skill improvement while an employee of Battaglia. I have not used them for any purpose other than that work.

10. I do not have copies of the Forwarded Documents in any form or medium.

11. I do not intend to disseminate or use the information contained in the Forwarded Documents in my employment by H&B in the future, and have not done so at any time in the past.

12. I do not have in my possession, control or custody, and have never disseminated to any person or entity, any other confidential and proprietary information of Battaglia.

13. Contrary to the allegations in the Complaint, I did not, while an employee of Battaglia, encourage Battaglia employees to leave their employment.

This declaration is made pursuant to 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true and correct. Executed on June 23, 2023.

Kristina Abramowicz

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of June, 2023, I filed the foregoing Declaration through the CM/ECF electronic filing system, which will cause a Notice of Electronic Filing (NEF) to be served on counsel of record, as follows:

Emily Letcher, Esquire
Cohen Seglias Pallas Greenhall & Furman, P.C.
500 Delaware Avenue, Suite 730
Wilmington, DE 19899-2306

*Counsel for Plaintiff Battaglia Management, Inc.*

/s/  Alan D. Albert
Alan D. Albert (DE No. 6258)
O'Hagan Meyer PLLC
800 N. King Street, Suite 303
Wilmington, DE 19801
Phone:  (302) 492-2151
aalbert@ohaganmeyer.com