UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **BATTAGLIA MANAGEMENT, INC.,** | : <br> : <br> : |
| *Plaintiff*, | : <br> : |
| v. | :     Civ. Act. No. 1:23-cv-615-GBW |
| **KRISTINA ABRAMOWICZ,** *et al.* | : <br> : |
| *Defendants.* | : <br> : <br> : |

### DECLARATION OF MICHAEL C. GOELLER IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

1.  My name is Michael C. Goeller. I am over 18 years of age and otherwise competent to make this declaration in support of Defendants' Response to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction herein. This declaration is based upon my personal knowledge and inquiries I have made with other colleagues and in corporate records. I would be able to testify as to each matter discussed herein if called as a witness with respect to Plaintiff's Motion.

2.  I am employed by Hatzel & Buehler, Inc. ("H&B"), as its Vice President. In this capacity I have responsibility for day-to-day operations within the company.

3.  I have read the allegations of the Plaintiff, Battaglia Management, Inc. ("Battaglia") set forth in the Complaint in this action and in its pending Motion.

4.  Contrary to the allegations in the Complaint, H&B has never requested, seen the contents of, discussed, received, or sought to obtain, in any way, the four documents

described in the Complaint that our present employee, Kristina Abramowicz, apparently forwarded to her personal E-mail while working from home for Battaglia, her prior employer (the "Forwarded Documents").

5. Ms. Abramowicz was hired by H&B because of her experience and general knowledge as a payroll manager and human resources specialist. H&B has never discussed with her practices, procedures, or information relating to Battaglia, or made any request of her to discuss such practices, procedures and information. Since the filing of the present action, H&B has reiterated to Ms. Abramowicz that it does not seek such information.

6. Neither I nor any other officer, director, employee, agent or representative of H&B has, or has ever possessed, or had in his or her control or custody, the Forwarded Documents or their contents.

7. Neither I nor any other officer, director, employee, agent or representative of H&B has solicited, possessed, or used any confidential or proprietary information of Battaglia at any time, for any purpose.

8. Based on my experience, to the extent that former employees of Battaglia have come to work for H&B, they have done so because H&B has offered them an attractive work environment and good compensation and benefits. Contrary to the allegations in the Complaint, H&B has not engaged in "poaching" or unfair practices of any sort in hiring.

This declaration is made pursuant to 28 U.S.C. § 1746.  I declare under penalty of perjury that the foregoing is true and correct. Executed on June 23, 2023.

_____
Michael C. Goeller

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of June, 2023, I filed the foregoing Declaration through the CM/ECF electronic filing system, which will cause a Notice of Electronic Filing (NEF) to be served on counsel of record, as follows:

Emily A. Letchen, Esquire
Cohen Seglias Palles Greenhall & Furman, P.C.
500 Delaware Avenue, Suite 730
Wilmington, DE 19899-2306

*Counsel for Plaintiff Battaglia Management, Inc.*

/s/  Alan D. Albert
Alan D. Albert (DE No. 6258)
O'Hagan Meyer PLLC
800 N. King Street, Suite 303
Wilmington, DE 19801
Phone:  (302) 492-2151
aalbert@ohaganmeyer.com