## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BATTAGLIA MANAGEMENT, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>KRISTINA ABRAMOWICZ and HATZEL & BUEHLER, INC.<br><br>    Defendants. | C.A. No. 23-615-GBW |

## STIPULATION AND [PROPOSED] ORDER

**WHEREAS,** Plaintiff Battaglia Management, Inc. ("Battaglia") and Defendants Kristina Abramowicz ("Abramowicz") and Hatzel & Buehler, Inc. ("H&B") have conferred regarding Plaintiff's pending Emergency Motion for Preliminary Injunction and Temporary Restraints [D.I. 4] and wish, subject to the approval of the Court, to resolve these matters by means of a stipulated order;

**IT IS HEREBY STIPULATED AS FOLLOWS,** subject to the approval of the Court.

A.  **Nonuse and Nondissemination of Confidential and Proprietary Information**. Confidential and Proprietary Information of Battaglia means information that is in the possession, control or custody of H&B or Abramowicz, either or both (the "Battaglia CPI"). "Confidential and Proprietary Information" means nonpublic information of Battaglia that is not generally known by persons knowledgeable in the field of commercial electrical contracting and has economic value from not being generally known, which Information has come into the possession, control or custody of H&B or Abramowicz (including without limitation H&B's owners, directors or senior managers) without permission of or authority from Battaglia .

1.      Promptly upon entry of this Order, Abramowicz shall return to Battaglia all Battaglia CPI that is in her possession, control or custody, if any, or, if none is in her possession, control or custody, certify the same to Battaglia.

2.      Promptly upon entry of this Order, H&B shall return to Battaglia all Battaglia CPI that is in its possession, control or custody, if any, or, if none is in its possession, control or custody, certify the same to Battaglia.

4.      H&B and Abramowicz agree henceforth not to solicit, receive, retain, review, copy, disseminate, or use in any way without appropriate authority any Battaglia CPI that may come into her or its possession, control, or custody in the future, and, if she or it receives such information, to promptly return the same, without review and without creating any copies, to Battaglia .

B.      **Imaging of Abramowicz Mobile Telephone**.  Defendant Abramowicz, within seven business days of the entry of this Order, shall submit her mobile telephone, which she represents is the only personal electronic device in her possession, control or custody, for imaging by a qualified forensic expert, the Capsicum Group, subject to the following terms and conditions:

1.      Capsicum shall prepare a forensic image of Abramowicz's mobile telephone onsite at Abramowicz's home.  The mobile telephone shall not otherwise be removed from Abramowicz's possession, control or custody;

2.      Counsel for all Parties shall have the right to be present at all times during the imaging;

3.      The forensic examiner shall provide one copy of the forensic image to counsel for Defendants and a second copy to counsel for the Plaintiffs;

    4. No later than 14 days following receipt of the forensic image from Capsicum, Counsel for Abramowicz shall identify and designate certain files residing on the image as "Personal";

    5. Within seven (7) days of receiving counsel for Abramowicz's "Personal" designations, counsel for Plaintiff may dispute said designations in writing, in which case counsel for the parties shall meet and confer in good faith to resolve any disputed designations.

    6. Unless otherwise ordered by the Court, files designated as "Personal" shall be maintained on a strictly ATTORNEYS' EYES ONLY basis by the parties. All files not designated "Personal" may be viewed by the parties and their respective counsel, but shall be maintained in confidence and shall be utilized only in connection with further litigation with respect to the subject matter of this action.

    7. Unless there is then pending among the Parties active litigation relating to the same subject matter as this action, the forensic examiner shall destroy all copies (including electronically stored copies) of the imaging produced pursuant to ¶ B.1 one year after the imaging is made, and certify the same to counsel herein;

    8. The forensic examiner shall execute a written acknowledgment that s/he has received a copy of this Order and will abide by the terms thereof; and

    9. The costs of imaging, including associated professional fees incurred by Plaintiff, will be borne solely by Plaintiff. Any fees incurred by Defendants with respect to the imaging undertaken shall be the sole responsibility of Defendants.

  C. H&B shall undertake to ensure that its owners, directors, and senior management personnel voluntarily refrain from making disparaging remarks or comments about Battaglia and its business, performance, and owners, directors, and managers, on social media, job recruitment

and other similar internet sites, including by way of illustration and not limitation LinkedIn®, Twitter®, Facebook®, Glassdoor®, and Indeed.com®.

D. No Party shall be required to post security with respect to this Order, and accordingly this Order shall have immediate effect upon entry.

E. This Order shall remain in effect during the pendency of this action unless modified or superseded by subsequent order. This Order shall expire upon the final and non-appealable termination of this action.

Dated: July 12, 2023

**COHEN SEGLIAS PALLAS GREENHALL & FURMAN, P.C.**

/s/ Emily A. Letcher
Emily A. Letcher (No. 6560)
500 Delaware Avenue, Suite 730
Wilmington, DE 19801
Phone: (302) 462-3606
eletcher@cohenseglias.com

*Attorneys for Plaintiff, Battaglia Management, Inc.*

**O'HAGAN MEYER PLLC**

/s/ Alan D. Albert
Alan D. Albert (No. 6258)
800 North King Street, Suite 303
Wilmington, DE 19801
Phone: (302) 492-2151
aalbert@ohaganmeyer.com

*Counsel for Defendants Kristina Abramowicz*

**K&L GATES LLP**

/s/ Steven L. Caponi
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
Megan E. O'Connor (No. 6569)
600 N. King Street, Suite 901
Wilmington, DE 19801
Phone: (302) 416-7000
steven.caponi@klgates.com
matthew.goeller@goeller.com
megan.oconnor@kglates.com

*Counsel for Defendant Hatzel & Buehler, Inc.*

**SO ORDERED**, this _____ day of _____ , 2023.

_____
The Honorable Gregory B. Williams
United States District Judge