## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

———————————————

|  |  |  |
|---|---|---|
| **BATTAGLIA MANAGEMENT, INC.,** | : | |
| | : | |
| | : | |
| | : | |
| *Plaintiff*, | : | |
| v. | : | **Civ. Act. No. 1:23-cv-615-GBW** |
| | : | |
| **KRISTINA ABRAMOWICZ,** *et al.* | : | |
| | : | |
| *Defendants.* | : | |

———————————————

### KRISTINA ABRAMOWICZ'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL RULE 26(f) DISCOVERY PLANNING CONFERENCE

**COMES NOW** Defendant Kristina Abramowicz ("Abramowicz"), by counsel, and for her response to Plaintiff's Motion to Compel Rule 26(f) Discovery Planning Conference [DI 41], respectfully states as follows.

1.      Plaintiff's Motion is entirely unnecessary and was brought without meeting and conferring in accordance with the Local Rules.  Defendants advised Plaintiff weeks ago that they would participate in a Rule 26(f) discovery planning conference notwithstanding the pendency of motions to dismiss that, if granted, would terminate the case.  Defendants have reiterated their willingness to do so this week, without response from Plaintiff.

2.      Defendants remain ready, willing and able to convene a Rule 26(f) conference.  It has taken longer to schedule a conference than ordinarily would have been the case because counsel for both defendants have been out of town, with respect to other matters, for extended periods of time.  Both counsel are now available.

1

3.      Defendants are amenable to the entry of the proposed motion accompanying this response, which would require the parties to convene a Rule 26(f) conference within ten (10) days of entry.

Respectfully submitted,

**O'HAGAN MEYER PLLC**

By: */s/ Alan D. Albert*
Alan D. Albert (DE 6258)
O'Hagan Meyer PLLC
800 North King Street, Plaza Suite 1
Wilmington, DE 19801
(302) 492-2151 Telephone
aalbert@ohaganmeyer.com

*Counsel for Defendant Kristina Abramowicz*

Dated: April 5, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of April, 2024, I electronically filed the foregoing Reply Response with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record, as follows:

Robert Beste, Jr., Esquire
Cohen Seglias Pallas Greenhall & Furman, P.C.
500 Delaware Avenue, Suite 730
Wilmington, DE 19899-2306

*Counsel for Plaintiff Battaglia Management, Inc.*

Steven L. Caponi, Esquire
Matthew B. Goeller, Esquire
K&L Gates LLP
600 N. King Street, Suite 901
Wilmington, DE 19801

*Counsel for Defendant Hatzel & Buehler, Inc.*

I further certify that, on the same date, copies of the foregoing Reply Brief were electronically transmitted to *pro hac vice* counsel for Plaintiff, as follows:

Roy S. Cohen, Esquire
Jonathan Landesman, Esquire
Cohen Seglias Pallas Greenhall & Furman, P.C.
1600 Market Street, 32nd floor
Philadelphia, PA 19103
*rcohen@cohenseglias.com*
*jlandesman@cohenseglias.com*

/s/  *Alan D. Albert*
Alan D. Albert (DE 6258)
O'Hagan Meyer PLLC
800 N. King Street, Plaza Suite 1
Wilmington, DE 19801
Phone:  (302) 492-2151
aalbert@ohaganmeyer.com