IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| BATTAGLIA MANAGEMENT, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:23-cv-00615-GBW |
| KRISTINA ABRAMOWICZ | ) |
| | ) |
| and | ) |
| | ) |
| HATZEL & BUEHLER, INC. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

I, Francis D. Nardo, Esquire, do hereby certify that on the 20th day of May, 2024, a true and correct copy of "Plaintiff's First Set of Interrogatories Directed To Defendant, Hatzel & Buehler, Inc." was served upon the following, via the methods indicated below:

**Email**
Steven L. Caponi
K&L Gates LLP
600 N. King Street
Suite 901
Wilmington, DE 19801
(302) 416-7080
Email: steven.caponi@klgates.com

I, Francis D. Nardo, Esquire, do hereby certify that on the 20th day of May, 2024, a true and correct copy of "Plaintiff's First Set of Requests for Production of Documents Directed To Defendant, Hatzel & Buehler, Inc." was served upon the following, via the methods indicated below:

**Email**
Steven L. Caponi
K&L Gates LLP
600 N. King Street
Suite 901
Wilmington, DE 19801
(302) 416-7080
Email: steven.caponi@klgates.com

                                                                           **COHEN, SEGLIAS, PALLAS, GREENHALL & FURMAN, P.C.**

                                                                          */s/ Francis D. Nardo*
                                                                          Francis D. Nardo, Esquire, Bar ID 7091
                                                                          500 Delaware Avenue, Suite 730
                                                                          Wilmington, DE 19801
                                                                          (302) 425-5089
                                                                          *Attorneys for Plaintiff Battaglia Management, Inc.*

Date: May 20, 2024