## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **BATTAGLIA MANAGEMENT, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No. 1:23-cv-00615-GBW** |
| **KRISTINA ABRAMOWICZ** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **HATZEL & BUEHLER, INC.** | ) | |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Counsel for Battaglia Management, Inc. will take the deposition, under oath, of Kristina Abramowicz on July 18, 2024 at 10:00 a.m., or on a date and time agreed to by the parties.  The Deposition will take place virtually by Zoom. The deposition will be recorded by stenographic means and will continue from day to day until complete.

COHEN, SEGLIAS, PALLAS, GREENHALL
& FURMAN, P.C.

*/s/ Francis D. Nardo*
Francis D. Nardo, Esquire, Bar ID 7091
500 Delaware Avenue, Suite 730
Wilmington, DE 19801
(302) 425-5089
*Attorneys for Plaintiff Battaglia*
*Management, Inc.*

Date:  May 30, 2024

1

## CERTIFICATE OF SERVICE

I, Francis D. Nardo, Esquire, hereby certify that on this 30th day of May, 2024, a true and correct copy of the foregoing Plaintiff's Notice of Deposition has been filed electronically and is available for viewing and downloading from the ECF system and was served via electronic notification upon all counsel of record via the Court's CM/ECF System.

COHEN, SEGLIAS, PALLAS, GREENHALL
& FURMAN, P.C.

/s/ Francis D. Nardo
Francis D. Nardo, Esquire, Bar ID 7091
500 Delaware Avenue, Suite 730
Wilmington, DE 19801
(302) 425-5089
*Attorneys for Plaintiff Battaglia Management, Inc.*

Date:  May 30, 2024

2