# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BATTAGLIA MANAGEMENT, INC.<br><br>Plaintiff,<br><br>  v.<br><br>KRISTINA ABRAMOWICZ and HATZEL & BUEHLER, INC.<br><br>Defendants. | C.A. No. 23-615-GBW |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 20, 2024, true and correct copies of *Defendant Hatzel & Buehler, Inc.'s Response to Plaintiff's First Request for the Production of Documents* and *Defendant Hatzel & Buehler, Inc.'s Response to Plaintiff's First Set of Interrogatories* were served via electronic mail upon the following counsel:

Francis D. Nardo
COHEN SEGLIAS PALLAS
GREENHALL & FURMAN, P.C.
500 Delaware Avenue, Suite 730
Wilmington, DE 19801

Roy Cohen
Jonathan Landesman
COHEN SEGLIAS PALLAS
GREENHALL & FURMAN, P.C.
1600 Market Street, 32nd Floor
Philadelphia, PA 19103

Alan D. Albert
O'HAGAN MEYER
800 North King Street, Plaza Suite 1
Wilmington, DE 19801

| | |
|---|---|
| Dated: June 21, 2024 | **K&L GATES LLP**<br><br>*/s/ Steven L. Caponi*<br>Steven L. Caponi (No. 3484)<br>Matthew B. Goeller (No. 6283)<br>Megan E. O'Connor (No. 6569)<br>600 N. King Street, Suite 901<br>Wilmington, DE 19801<br>Phone: (302) 416-7000<br>steven.caponi@klgates.com<br>matthew.goeller@kglates.com<br>megan.oconnor@klgates.com<br><br>*Attorneys for Defendant Hatzel & Buehler, Inc.* |