UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **BATTAGLIA MANAGEMENT, INC.** : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> **KRISTINA ABRAMOWICZ and** : <br> **HATZEL & BUEHLER, INC.** : <br> : <br> Defendants. : <br> : | **CASE NO. 1:23-cv-00615-GBW** |

### PLAINTIFF'S MOTION FOR REARGUMENT

COMES NOW, Plaintiff, Battaglia Management, Inc. respectfully moves this Court for Reargument, in according with D.Del. LR. 7.1.5, and with respect to the Court's Opinion and Order dated June 26, 2024. The basis of this Motion is set forth in the attached Brief in Support of Motion for Reargument.

|  |  |
|---|---|
|  | **COHEN SEGLIAS PALLAS** <br> **GREENHALL & FURMAN, P.C.** |
| Dated: July 10, 2024 | **FRANCIS D. NARDO, ESQUIRE** <br> DELAWARE BAR NO. 7091 <br> **ROY S. COHEN, ESQUIRE** <br> *(Admitted Pro Hac Vice)* <br> **JONATHAN LANDESMAN, ESQUIRE** <br> *(Admitted Pro Hac Vice)* <br> 500 Delaware Avenue, Suite 730 <br> Wilmington, DE 19801 <br> Phone: (302) 425-5089 <br> Fax:   (302) 425-5097 <br> Email: fnardo@cohenseglias.com <br> rcohen@cohenseglias.com <br> jlandesman@cohenseglias.com <br><br> *Attorneys for Plaintiff,* <br> *Battaglia Management, Inc.* |