**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

|  |  |
|---|---|
| BATTAGLIA MANAGEMENT, INC. | : |
| Plaintiff, | : |
| v. | : CASE NO. 1:23-cv-00615-GBW |
| KRISTINA ABRAMOWICZ and HATZEL & BUEHLER, INC. | : |
| Defendants. | : |

**[PROPOSED ORDER ON PLAINTIFF BATTAGLIA MANAGEMENT, INC.'S MOTION FOR REARGUMENT**

AND NOW, this _____ day of _____, 2024, after consideration of Plaintiff Battaglia Management Inc.'s Motion for Reargument,

IT IS ORDERED that the Motion for Reargument is GRANTED and Plaintiff Battaglia Management, Inc. is granted leave to file the First Amended Complaint.

_____
Gregory B. Williams, United States District Judge