# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BATTAGLIA MANAGEMENT, INC.<br><br>Plaintiff,<br><br>v.<br><br>KRISTINA ABRAMOWICZ and HATZEL & BUEHLER, INC.<br><br>Defendants. | C.A. No. 23-615-GBW |

## MOTION TO STRIKE

Defendants Kristina Abramowicz and Hatzel & Buehler, Inc. move to strike Plaintiff's Reply in Support of Motion for Reargument, D.I. 52. Reply submissions are not permitted with a motion for reargument. Local Rule 7.1.5(a) states that the "Court will determine from the *motion and answer* whether reargument will be granted." D. Del. LR 7.1.5(a) (emphasis added). This Court should strike Plaintiff's improper reply submission and determine whether to grant reargument based on Plaintiff's motion and Defendants' joint opposition.

Dated: August 6, 2024

**O'HAGAN MEYER PLLC**

*/s/ Alan D. Albert*
Alan D. Albert (No. 6258)
800 North King Street, Plaza Suite 1
Wilmington, DE 19801
Phone: (302) 492-2151
aalbert@ohaganmeyer.com

*Counsel for Defendant*
*Kristina Abramowicz*

**K&L GATES LLP**

*/s/ Steven L. Caponi*
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
Megan E. Hunt (No. 6569)
600 N. King Street, Suite 901
Wilmington, DE 19801
Phone: (302) 416-7000
steven.caponi@klgates.com
matthew.goeller@klgates.com
megan.hunt@klgates.com

*Counsel for Defendant*
*Hatzel & Buehler, Inc.*