## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BATTAGLIA MANAGEMENT, INC.<br><br>Plaintiff,<br><br>v.<br><br>KRISTINA ABRAMOWICZ and HATZEL & BUEHLER, INC.<br><br>Defendants. | C.A. No. 23-615-GBW |

### **[PROPOSED] ORDER**

This ____ day of _____, 2024, having considered Defendants' Motion to Strike,

IT IS HEREBY ORDERED that Defendants' motion is GRANTED.

_____
The Honorable Gregory B. Williams