### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BATTAGLIA MANAGEMENT, INC.<br><br>   Plaintiff,<br><br>v.<br><br>KRISTINA ABRAMOWICZ and HATZEL & BUEHLER, INC.<br><br>   Defendants. | C.A. No. 23-615-GBW |

### RULE 7.1.1 CERTIFICATION

I certify that a reasonable effort has been made to reach agreement with Plaintiff's counsel on the matters set forth in the motion to strike, including a request to withdraw the reply brief. The request to withdraw was denied, and the parties have not been able to reach agreement.

Dated: August 6, 2024

**K&L GATES LLP**

*/s/ Matthew B. Goeller*
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
Megan E. Hunt (No. 6569)
600 N. King Street, Suite 901
Wilmington, DE 19801
Phone: (302) 416-7000
steven.caponi@klgates.com
matthew.goeller@klgates.com
megan.hunt@klgates.com

*Counsel for Defendant
Hatzel & Buehler, Inc.*